```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION

MAVERICK TUBE, LP and            )
TUBOS DEL CARIBE, LTDA,          )
                                 )
          Plaintiffs,            )
                                 )
     v.                          )    No. 4:07 CV 298 DDN
                                 )
WESTCHESTER SURPLUS LINES        )
INSURANCE COMPANY,               )
                                 )
          Defendant.             )
```

**ORDER**

**IT IS HEREBY ORDERED** that the court will hear argument on the motion of defendant to stay, dismiss or transfer (Doc. 8) on March 29, 2007, at 1:30 p.m.


                                            /S/ David D. Noce
                                     **DAVID D. NOCE**
                                      **UNITED STATES MAGISTRATE JUDGE**


Signed on March 6, 2007.